

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

Margie Enquist
Jefferson District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Nov 15 2011 8:17PM MST
Filing ID: 40907530
Review Clerk: Roxanna M C

DISTRICT COURT, JEFFERSON COUNTY, COLORADO
100 Jefferson County Parkway
Golden, Colorado 80401

**JUDY RIGG, on her on behalf and as personal representative of the ESTATE OF ROBERT RIGG,**

Plaintiff

v.

**CITY OF LAKEWOOD; LAKEWOOD POLICE DEPARTMENT; CITY AND COUNTY OF DENVER; and DENVER POLICE DEPARTMENT,**

Defendants

▲ COURT USE ONLY ▲

Case No.: 11CV3849

Division: 8

### ORDER GRANTING PLAINTIFF'S MOTION IN RESPONSE TO COURT'S OCTOBER 11, 2011 NOTICE OF DISMISSAL FOR FAILURE TO PROSECUTE

THE COURT having reviewed Plaintiff's Motion in Response to Court's October 11, 2011 Notice of Dismissal for Failure to Prosecute and being sufficiently advised in the premises, hereby ORDERS said Motion is GRANTED.

The within matter will not be dismissed for failure to prosecute at this time.

SO ORDERED this _____ day of November, 2011.

BY THE COURT:

_____
District Court Judge


EXHIBIT H

| | |
|---|---|
| This document constitutes a ruling of the court and should be treated as such. | |
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Margie Enquist |
| **File & Serve Transaction ID:** | 40787169 |
| **Current Date:** | Nov 15, 2011 |
| **Case Number:** | 2011CV3849 |
| **Case Name:** | RIGG, JUDY vs. LAKEWOOD POLICE DEPARTMENT et al |
| **Court Authorizer:** | Margie Enquist |

/s/ Judge Margie Enquist