IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-03044-RM-BNB | Date: | October 7, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| JUDY RIGG as personal representative of the ESTATE OF ROBERT RIGG<br>**Plaintiff(s)** | M. Gabriel McFarland |
| v. | |
| CITY OF LAKEWOOD<br>**Defendant(s)** | Mark S. Ratner |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  8:59 a.m.

Appearance of counsel.

Argument given on [79] Plaintiff's Motion to Compel.

For reasons stated on the record, it is

**ORDERED:** [79] Plaintiff's Motion to Compel is GRANTED IN PART and DENIED IN PART.

Supplemental discovery responses are to be provided on or before November 4, 2013.

Deposition of 30(b)(6) witness to be completed by December 20, 2013.

Court in Recess:  9:49 a.m.    Hearing concluded.    Total time in court:  00:50

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119