IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-03044-RM-BNB | Date: October 7, 2013 | |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 | |

| *Parties* | *Attorney(s)* |
|---|---|
| JUDY RIGG as personal representative of the ESTATE OF ROBERT RIGG **Plaintiff(s)** | M. Gabriel McFarland |
| v. | |
| CITY OF LAKEWOOD **Defendant(s)** | Mark S. Ratner |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  8:59 a.m.

Appearance of counsel.

Argument given on [79] Plaintiff's Motion to Compel.

For reasons stated on the record, it is

**ORDERED:** [79] Plaintiff's Motion to Compel is GRANTED IN PART and DENIED IN PART.

**Supplemental discovery responses are to be provided on or before November 4, 2013.**

**Deposition of 30(b)(6) witness to be completed by December 20, 2013.**

Court in Recess:  9:49 a.m.    Hearing concluded.    Total time in court:  00:50

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119