IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03044-RM-BNB

JUDY RIGG, as personal representative of the ESTATE OF ROBERT RIGG,

Plaintiff,

v.

CITY OF LAKEWOOD,

Defendant.
_____

## ORDER
_____

This matter arises on the **Plaintiff's Motion to Compel** [Doc. # 79, filed 9/4/2013] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 79] is GRANTED IN PART and DENIED IN PART as specified on the record;

(2) The defendant shall provide supplemental discovery responses in full compliance with the formalities of the Federal Rules of Civil Procedure and consistent with this order on or before November 4, 2013; and

(3) The Rule 30(b)(6) deposition shall be completed not later than December 20, 2013.

Dated October 7, 2013.

                                      BY THE COURT:

                                      /s/ Boyd N. Boland
                                      United States Magistrate Judge