**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03044-RM-BNB

JUDY RIGG, as personal representative of the ESTATE OF ROBERT RIGG,

    Plaintiff,

v.

CITY OF LAKEWOOD,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Defendant's Motion for Summary Judgment [Doc. No. 128, filed May 2, 2014] of Judge Raymond P. Moore, it is

ORDERED that Defendant City of Lakewood's Motion for Summary Judgment [Doc. No. 76, filed August 21, 2013], is GRANTED. It is

FURTHER ORDERED that the Clerk shall enter judgment in favor of Defendant on all claims. It is

FURTHER ORDERED that all other pending motions in this matter are hereby DENIED AS MOOT. It is

FURTHER ORDERED that all pending dates and deadlines are hereby VACATED.

Dated at Denver, Colorado this 5th day of May, 2014.

>FOR THE COURT:
>JEFFREY P. COLWELL, CLERK
>
>By: s/ Nicholas Richards
>
>Nicholas Richards
>Deputy Clerk